April 22, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

MELINA ORTIZ-GUEVARA, Appellant

NO. 14-13-00384-CV                 V.

CITY OF HOUSTON, Appellee

_____

     This cause, an appeal from the judgment in favor of appellee, the City of Houston, signed February 11, 2013, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

     We further order that all costs incurred by reason of this appeal be paid by appellee, the City of Houston.

     We further order this decision certified below for observance.